UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-FLINT

IN RE:
Michael Broughton           CHAPTER 13
                            CASE NO: 21-30270
    Debtor                  JUDGE JOEL D. APPLEBAUM
_____/

## ORDER ADJOURNING CONFIRMATION HEARING

IT IS HEREBY ORDERED that the Confirmation Hearing shall be adjourned April 20, 2021 at 9:00 to July 20, 2021 at 9:00 AM.

IT IS FURTHER ORDERED that complete plan payments of $1,000.00 shall post to the Trustee's records on or before April 30, 2021, May 30, 2021, June 30, 2021 and a partial payment of $500.00 by July 10, 2021.

IT IS FURTHER ORDERED that should the Debtor fail to fulfil the above conditions any party in interest may file a notice of default and proposed order dismissing and the case shall be dismissed with no other notice or hearing.

IT IS FURTHER ORDERED that this case may be confirmed prior to the adjourned date upon the approval of objecting creditors and the Chapter 13 Trustee.

IT IS FURTHER ORDERED that Debtor's counsel shall serve a copy of the entered order on the Debtor and any interest parties as applicable within 7 days.

**Signed on April 21, 2021**



/s/ Joel D. Applebaum

**Joel D. Applebaum**
**United States Bankruptcy Judge**